**United States District Court**
**Central District of California**
**Eastern Division**

Isabel Bischoff,

                              Plaintiff,

          v.

Kohl's Department Stores, Inc.,

                              Defendant.

EDCV 15-2021-VAP (SPx)

**Order to Show Cause**
**Re: Subject Matter Jurisdiction**

On October 1, 2015, Defendant Kohl's Department Stores, Inc. ("Kohl's") removed this case.  (Not. of Removal) (Doc. No. 1).  In the Notice of Removal, Defendant states that removal is based on diversity of citizenship, as Defendant is a citizen of Delaware and Wisconsin and Plaintiff Isabel Bischoff is a citizen of California.  (Removal at 2.)  Defendant relies on Plaintiff's statement of damages in the Complaint to allege that the amount-in-controversy requirement is met.

Plaintiff alleges she tripped and fell on Defendant's property, suffering physical and emotional injury as a result.  Plaintiff does not describe specific injuries or medical expenses that could amount to $75,000 in damages.  At the scheduling conference on November 16, 2015, Plaintiff's counsel

1

represented to the Court that Plaintiff's medical specials were no more than $10,000 and that she did not suffer any lost earnings because she is retired.

The Court is not convinced the amount-in-controversy requirement is met.  Although "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold," when the court questions the amount in controversy, "both sides submit proof and the court decides, by a preponderance of the evidence, whether the amount-in-controversy requirement has been satisfied."  Dart Cherokee Basin Operating Co. LLC v. Owens, 135 S. Ct. 547, 554 (2014).

Accordingly, the Court issues this Order to Show Cause Re Subject Matter Jurisdiction.  Defendant must respond, in writing, by December 4, 2015, with evidence that the amount-in-controversy requirement is met.

**IT IS SO ORDERED.**

Dated:   11/18/15

Virginia A. Phillips
United States District Judge