JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL BISCHOFF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC. a Wisconsin corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 5:15-CV-02021-VAP (SP)<br><br>**[PROPOSED]** **ORDER ON STIPULATION TO REMAND CASE TO SUPERIOR COURT** |

Upon consideration of the parties' stipulation, it is hereby ordered that this action is REMANDED to the Superior Court of California, County of Riverside (Case No. RIC1502814). Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this Court.

**IT IS SO ORDERED.**

Dated: December 7, 2015

_____
Hon. Virginia A. Phillips
United States District Judge